# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| **DMB FINANCIAL, LLC, GLOBAL HOLDINGS, LLC, and ARNOLD & SMITH LAW, PLLC,** | § Case No. 3:23-cv-00455-FM |
| | § |
| Defendants. | § |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendants DMB Financial, LLC, Global Holdings LLC, and Arnold & Smith Law, PLLC, respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and Defendants are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendants related to the above-captioned matter and allow 90 days to submit the said Agreement.

January 5, 2024,	Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff, Pro Se
PO Box 26971
El Paso, Texas 79926
407-780-9810

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § |
| **DMB FINANCIAL, LLC, GLOBAL HOLDINGS, LLC, and ARNOLD & SMITH LAW, PLLC,** | § Case No. 3:23-cv-00455-FM |
| | § |
| **Defendants.** | § |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Settlement, it is this, _____ day of _____, 2024,

**ORDERED** that Plaintiff's Notice of Settlement be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **DMB FINANCIAL, LLC, GLOBAL** § <br> **HOLDINGS, LLC, and ARNOLD &** § <br> **SMITH LAW, PLLC,** § <br> § <br> **Defendants.** § | Case No. 3:23-cv-00455-FM |

## CERTIFICATE OF SERVICE

I hereby certify that on January 05, 2024, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail to Defendants' counsel.

January 05, 2024,                                    Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff, Pro Se
PO Box 26971
El Paso, Texas 79926
407-780-9810