IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSHUA CACHO,<br><br>Plaintiff,<br><br>v.<br><br>DMB FINANCIAL, LLC., et al<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 3:23-CV-00455-FM<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Joshua Cacho, in his individual capacity, and moves to dismiss Defendants DMB Financial LLC, Global Holdings LLC, and Arnold & Smith LAW, PLLC with prejudice pursuant to Rule 41(a)(1)(A)(i).

March 14, 2024,                                Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff Pro Se
PO Box 26971
El Paso, Texas 79926
Jcacho1848@gmail.com

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § |
| Plaintiff, | § |
| v. | § Case No. 3:23-CV-00455-FM |
| **DMB FINANCIAL, LLC., et al** | § |
| Defendants. | § |

## CERTIFICATE OF SERVICE

I herby certify that on March 14, 2024, I caused a true copy of the foregoing, PLAINTIFF'S NOTICE OF DISSMISSAL WITH PREJUDICE to be served via electronic mail to Defendants.

Mach 14, 2024,                                           Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff Pro Se
PO Box 26971
El Paso, Texas 79926
Jcacho1848@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSHUA CACHO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DMB FINANCIAL, LLC., et al<br><br><br><br><br><br>　　　　　Defendants. | §§§§§§§§§§§§§§§ Case No. 6:23-CV-00455-FM |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**